| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Steven A. Alpert 159730**<br>**6345 Balboa Blvd. Suite 247**<br>**Encino, CA 91316**<br>**818-995-4540 Fax: 818-995-9277**<br>**159730**<br>**alpert@pricelawgroup.com** | FOR COURT USE ONLY |

☐ Respondent appearing without attorney
☑ Attorney for Respondent:

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| **Melinda Kay Allen** | CASE NO.: **6:15-bk-19930-MH**<br><br>CHAPTER: **13**<br><br>**RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT**<br><br>DATE: **1/15/2019**<br>TIME: **10:00 a.m.**<br>COURTROOM: **303**<br>PLACE: **3420 Twelfth St. Riverside, CA 92501** |
| Debtor(s). | |
| **Movant:** US Bank Trust NA as Trustee of IGSC Series II Trust | |

**Respondent:** ☑ Debtor  ☐ trustee  ☐ other:

> NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
> A copy of the Response, exhibit(s) and declaration(s) must be served upon:
> (1) Movant's attorney (or Movant, if Movant does not have an attorney);
> (2) the trustee; and
> (3) the judge who presides over this bankruptcy case.
> Then the document must be filed with the court.

1. ☐ **NONOPPOSITION**

The Respondent does not oppose the granting of the Motion.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                    Page 1                    **F 4001-1.RFS.RESPONSE**

2. ☑ **LIMITED OPPOSITION**

    a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession take place before (*date*):_____ and the reason for this request is (*specify*):

    b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

        The Debtor:
        (1) ☐ has no knowledge of the Property.
        (2) ☐ has no interest in the Property.
        (3) ☐ has no actual possession of the Property.
        (4) ☐ was not involved in the transfer of the Property.

    c. ☑ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time. Evidence of a pending loan modification is attached as Exhibit __1__.

3. ☐ **OPPOSITION** The Respondent opposes granting of the Motion for the reasons set forth below.

    a. ☐ The Motion was not properly served (*specify*):

        (1) ☐ Not all of the required parties were served.
        (2) ☐ There was insufficient notice of the hearing.
        (3) ☐ An incorrect address for service of the Motion was used for (*specify*):

    b. ☐ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:
        (1) ☐ The value of the Property is $_____ , based upon (*specify*):
        (2) ☐ Total amount of debt (loans) on the Property is $_____.
        (3) ☐ More payments have been made to Movant than the Motion accounts for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.
        (4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments. A true and correct copy of the loan modification agreement is attached as Exhibit _____.
        (5) ☐ The Property is necessary for an effective reorganization. Respondent filed or intends to file a plan of reorganization that requires use of the Property. A true and correct copy of the plan is attached as Exhibit _____.
        (6) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current. A true and correct copy of the chapter 13 plan is attached as Exhibit _____and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit _____.
        (7) ☐ The Property is insured. Evidence of current insurance is attached as Exhibit _____.
        (8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.
        (9) ☐ Respondent denies that this bankruptcy case was filed in bad faith.
        (10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.
        (11) ☐ Other (*specify*):

    c. ☐ Respondent asserts the following as shown in the declaration(s) filed with this Response:

        (1) ☐ The bankruptcy case was converted from chapter _____to chapter _____.
        (2) ☐ All postpetition arrearages will be cured by the hearing date on this motion.
        (3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments ☐ are current, or ☐ will be cured by the hearing date on this motion.
        (4) ☐ The Debtor has equity in the Property in the amount of $ _____.
        (5) ☐ Movant has an equity cushion of $_____ or _____% which is sufficient to provide adequate protection.
        (6) ☐ The Property is necessary for an effective reorganization because (*specify*):
        (7) ☐ The motion should be denied because (*specify*):
        (8) ☐ An optional memorandum of points and authorities is attached in support of this Response.

4. **EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Attached are the following documents in support of this Response:

☐ Declaration by the Debtor                    ☑ Declaration by the Debtor's attorney
☐ Declaration by trustee                       ☐ Declaration by trustee's attorney
☐ Declaration by appraiser                     ☐ Other (*specify*):

Date:  __1/2/2019__

**Price Law Group, APC**
_____
Printed name of law firm for Respondent (if applicable)

**Steven Alpert**
_____
Printed name of individual Respondent or attorney for Respondent

_____
Signature of individual Respondent or attorney for Respondent

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                        Page 3                        **F 4001-1.RFS.RESPONSE**

**DECLARATION OF STEVEN ALPERT**

I know the following facts to be true from my own personal knowledge, except those facts which are stated on information and belief and as to those facts I believe them to be true.  I could and would competently testify under oath to the truthfulness of the following facts:

1.  I am the attorney of record in this Chapter 13 Bankruptcy case.

2.  Debtor has applied for a loan modification.

3.  Attached as Exhibit 1 is the loan modification application that Debtor received from the Movant on December 21, 2018.

4.  The loan modification packet is due back at the loan servicer on January 20th, though Debtor will be getting it back to the servicer much sooner than that.

5.  Debtor respectfully requests that the motion for relief be continued while the loan modification is reviewed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge.  Executed in Encino, California on this 2nd day of January, 2019.

Steven Alpert

# EXHIBIT 1

# S|N SERVICING CORPORATION

Main Office NMLS# 5985
Branch Office NMLS# 9785
Scott Nielsen NMLS# 191008
www.snsc.com

# Loss Mitigation Packet

Melinda K. Allen
**11139 Laurel Ave**
**Bloomington, ca 92316**

Offer Date: December 21, 2018

### NOTICE OF ATTEMPT TO COLLECT DEBT

RE:  11139 LAUREL AVENUE; BLOOMINGTON, CA 92316 US
   Loan ID: ▮▮▮▮▮

**YOU ARE HEREBY NOTIFIED THAT SN SERVICING CORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT. ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED. THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.**

**Para información en español llame al (800) 603-0836 ext 2643 o 2660**

Dear Borrower,

Your loan is currently being serviced by SN Servicing Corporation ("SNSC"), servicing agent for

U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust

You are receiving this loss mitigation packet in response to your request for mortgage assistance. The correct option depends on your individual circumstances. If you provide all required information and documentation about your situation, we will determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (i.e. repayment plan, forbearance, or loan modification). These options are subject to application and approval.

For additional questions about the options available to you, please call us at:

# (800) 603-0836

SN Servicing Corporation Asset Managers are available
**Monday – Friday (6am to 6:30pm PST)**

Time is of the essence; we ask that you promptly submit the required documents, as requests are processed in the order in which they are received.

This letter will not delay or affect the foreclosure that may be pending for your loan. Any demand or notice is still in effect and this will not be stopped unless you are able to qualify for one of these programs. If you want to avoid foreclosure you must call the number listed above. Otherwise, the foreclosure will proceed pursuant to state law and the loan documents.

*__This offer is only available for a limited time and expires 30 days from the date of this offer.__*
*__If no response is received within 30 days this offer will be deemed as declined by the borrower.__*

**The United States Department of Housing and Urban Development (HUD) sponsors free housing counseling services. To find a HUD-Approved housing counselor in your area call (800) 569-4287.**

This communication is from a debt collector but does not imply that SN Servicing Corporation, is attempting to collect money from any one whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended solely for information purposes and does not constitute a demand for payment. You are hereby notified that SN Servicing Corporation, its employees and attorneys are attempting to collect a debt. Any information obtained will be used for that purpose.

**PLEASE BE CERTAIN TO COMPLETE BOTH SIDES OF THESE FORMS.**

 **SERVICING CORPORATION**

**Loss Mitigation Checklist**

**To process your request for Loss Mitigation, your return package to SN Servicing Corporation must include ALL of the following:**

☐ Completed "Financial Analysis Worksheet" (form enclosed)

☐ Copies of the last two months pay stubs for all borrowers. If you are unemployed, please include unemployment reward letter. If you receive a pension: disability; alimony and/or child support, please include official documentation of same. If you have rental income, please include a copy of the rental agreement(s).

☐ If you are self-employed, please send (1) a copy of the most recent Federal Tax Return for your business; (2) past six month's profit and loss statements; and (3) the past six month's business bank account statements…please include ALL pages

☐ Copy of current homeowner's insurance policy or an estimate for coverage if you do not currently have homeowner's insurance. Please use a company you would want to purchase coverage from for the quote

☐ Copy of most recent property tax bill

---

### Contact Us

If you have any questions regarding the items listed above, or if you would prefer to submit the documents via fax, please contact us at the number below:

## (800) 603-0836

**Hours of Operation**
**Monday – Friday  (8:00am to 5:00pm PST)**

---

### Send in Your Packet

Upon completion, please return all requested items to the address listed below.  Requests will be processed in the order in which they are received, so we recommend that you start the process as soon as possible.

**SN Servicing Corporation**
**323 Fifth Street**
**Eureka, CA 95501**

Main Office
NMLS # 5985
Branch Office
NMLS # 9785

Scott Nielsen
NMLS # 191008

# Affidavit of Financial Hardship

In order to qualify for **SN Servicing Corporations** ("Servicer") offer to enter into an agreement to modify my loan, I/we am/are submitting this form to the Servicer and indicating by my/our checkmarks ("✔") the one or more events that contribute to my/our difficulty making payments on my/our mortgage loan.

Borrower    Co-Borrower

☐    ☐    My income has been reduced or lost. For example: unemployment, underemployment, reduced job hours, reduced pay, or a decline in self-employed business earnings. I have provided details below under "Explanation."

☐    ☐    My household financial circumstances have changed. For example: death in family, serious or chronic illness, permanent or short-term disability, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members). I have provided details below under "Explanation."

☐    ☐    My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical and health-care costs, uninsured losses (such as those due to fires or natural disasters), unexpectedly high utility bills, increased real property taxes. I have provided details below under "Explanation."

☐    ☐    My cash reserves are insufficient to maintain the payment on my mortgage loan and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments). I have provided details below under "Explanation."

☐    ☐    My monthly debt payments are excessive, and I am overextended with my creditors. I may have used credit cards, home equity loans or other credit to make my monthly mortgage payments. I have provided details below under "Explanation."

☐    ☐    There are other reasons I/we cannot make our mortgage payments. I have provided details below under "Explanation."

## Borrower/Co-Borrower Acknowledgement

1. Under penalty of perjury, I/we certify that all of the information in this affidavit is truthful and the event(s) identified above has/have contributed to my/our need to modify the terms of my/our mortgage loan.
2. I/we understand and acknowledge the Servicer may investigate the accuracy of my/our statements, may require me/us to provide supporting documentation, and that knowingly submitting false information may violate Federal law.
3. I/we understand the Servicer will pull a current credit report on all borrowers obligated on the Note.
4. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this Hardship Affidavit, or if I/we do not provide all of the required documentation, the Servicer may cancel the Agreement and may pursue foreclosure on my/our home.

1

Main Office      Scott Nielsen
NMLS # 5985    NMLS # 191008
Branch Office
NMLS # 9785

5.    I/we certify that my/our property is owner-occupied and I/we have not received a condemnation notice.

6.    I/we certify that I/we am/are willing to commit to credit counseling if it is determined that my/our financial hardship is related to excessive debt.

7.    I/we certify that I/we am/are willing to provide all requested documents and to respond to all Servicer communication in a timely manner. I/we understand that time is of the essence.

8.    I/we understand that the Servicer will use this information to evaluate my/our eligibility for a loan modification or other workout, but the Servicer is not obligated to offer me/us assistance based solely on the representations in this affidavit.

| | |
|---|---|
| **Borrower Signature**                      **Date** | **Co-Borrower Signature**                      **Date** |

E-mail Address: _____        E-mail Address: _____

Cell Phone        _____        Cell Phone        _____

Home Phone    _____        Home Phone    _____

Work Phone     _____        Work Phone     _____

SSI #               _____        SSI #               _____

**Explanation:**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Main Office
NMLS # 5985
Branch Office
NMLS # 9785
Scott Nielsen
NMLS # 191008

# INCOME/EXPENSE/ASSETS

| Borrower | Co-Borrower |
|---|---|
| Employer Name and Phone Number: | Employer Name and Phone Number: |
| Years on Job | Years on Job |

## Monthly Income

| Borrower | Amount | Co-Borrower | Amount |
|---|---|---|---|
| Gross Wages | | Gross Wages | |
| Unemployment Compensation | | Unemployment Compensation | |
| Child Support/Alimony | | Child Support/Alimony | |
| Disability/SSI | | Disability/SSI | |
| Rental Income | | Rental Income | |
| Pension/Annuity Income | | Pension/Annuity Income | |
| Other | | Other | |
| Less: Federal and State Tax Withholdings | | Less: Federal and State Tax Withholdings | |
| Less: Other Deductions (401K, etc.) | | Less: Other Deductions (401K, etc.) | |

## Monthly Expenses (Please Complete ALL Fields)

| HOUSING | Amount | TRANSPORTATION | Amount |
|---|---|---|---|
| Mortgage 1st | | Auto Loans/Lease | |
| Other Mortgage | | Fuel | |
| Other Mortgages | | Auto Insurance | |
| Homeowners Insurance | | Auto Registration | |
| Property Taxes | | Other Transportation (tolls, bus, subway) | |
| HOA | | **LOAN REPAYMENTS** | |
| **UTILITIES** | | Credit Cards | |
| Electricity | | Personal Loan | |
| Water and Sewer | | **LEGAL** | |
| Gas | | Child Support Expense | |
| Telephone | | Alimony Expense | |
| Cell Phone | | **PERSONAL CARE** | |
| Internet Service | | Child Care | |
| Waste Removal | | Health Insurance | |
| Cable/Satellite | | Medical/Dental/Vision | |
| **TOTAL EXPENSES** | | **OTHER EXPENSES**  *Each line item must be listed in detail | |
| **FOOD** | | Negative Net Rental Income | |
| Groceries | | Other Debt | |
| Dining Out | | Other Debt | |

## Assets

| SAVINGS OR INVESTMENTS | | | |
|---|---|---|---|
| 401(K) or IRA | | Savings/Emergency Fund | |
| Stocks/Bonds/Mutual Funds | | Other | |

Main Office
NMLS # 5985
Branch Office
NMLS # 9785
Scott Nielsen
NMLS # 191008

_____
Signature of Borrower

_____
Date

_____
Signature of Co-Borrower

_____
Date

| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval 2502-0584 Exp 11/30/2014 |
|---|---|---|

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemenber's military orders. [Note: Lender should place its name, address, and contact information here.]
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.com/scra or call 1-800-342-9647 (toll free from the Unites States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form **HUD-92070** (02/2013)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
6345 Balboa Boulevard, Suite 247
Encino, CA 91316

A true and correct copy of the foregoing document entitled  **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
_January 2, 2019_ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
ATTORNEY FOR DEBTOR: Steven A Alpert     enotice@pricelawgroup.com, alpert@pricelawgroup.com
CHAPTER 13 TRUSTEE: Rod Danielson (TR)     notice-efile@rodan13.com
ECF PARTY: Michelle R Ghidotti     ECFNotifications@ghidottilaw.com
U.S. TRUSTEE: United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
ECF PARTY: Reilly D Wilkinson     rwilkinson@scheerlawgroup.com
ECF PARTY: Kristin A Zilberstein     ecfnotifications@ghidottilaw.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On _January 2, 2019_ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE
Hon. Judge Mark D. Houle
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 365
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ ,I served the following persons and/or entities by personal delivery,overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _January 2, 2019_ | _Lidia Ramirez-Rivas_ | |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>**VIA U.S. MAIL**</u>

<u>**DEBTOR**</u>
Melinda Kay Allen
11139 Laurel Avenue
Bloomington, CA 92316

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                        Page 5                    **F 4001-1.RFS.RESPONSE**